UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

**Alberto RODRIGUEZ, et al.,**

                                       Plaintiffs,          12-CV-04056 (LTS)(SN)

                   -against-                                 **REPORT AND
RECOMMENDATION**

**ROSAN FOOD CORP., et al.,**

                                       **Defendants.**
-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge.**

**TO THE HONORABLE LAURA TAYLOR SWAIN:**

On November 26, 2012, the parties wrote to inform the Court that they had reached a settlement. The parties were instructed to file a stipulation of dismissal promptly, but have not done so to date.

Accordingly, I recommend that this case be dismissed, provided, however, that within 30 days of the date of this Order, counsel for the plaintiff may apply by letter to restore this action to this Court's calendar, in which event the action will be restored.

**SO ORDERED.**

                                                                 _____
                                                                 SARAH NETBURN
                                                                 United States Magistrate Judge

DATED:  New York, New York
                February 1, 2013