UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

ALBERTO RODRIGUEZ et al.,

        Plaintiffs,

  -v-                                            No. 12 Civ. 4056 (LTS)(SN)

ROSAN FOOD CORP. et al.,

        Defendants.

--------------------------------------------------------x

## ORDER

        Having received no objections by either party, and the thirty-day period, in which counsel for the plaintiff could apply by letter to restore this action to the Court's calendar, having elapsed, the Court adopts Magistrate Judge Sarah Netburn's Report and Recommendation in its entirety. This case is hereby dismissed, with prejudice and without costs, and the Clerk of Court is requested to close it.

        SO ORDERED.

Dated: New York, New York
       March 4, 2013

                                                        LAURA TAYLOR SWAIN
                                                        United States District Judge